No. D–1058. IN RE DISBARMENT OF BONNER. It is ordered that James Luther Bonner, of Pittsboro, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $7,203 for the period July 1 through September 30, 1991, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 903.]

No. 91–545. BURLINGTON NORTHERN RAILROAD CO. v. BLACK-FEET TRIBE OF THE BLACKFEET INDIAN RESERVATION ET AL. C. A. 9th Cir.; and

No. 91–569. WASHINGTON ET AL. v. CONFEDERATED TRIBES OF COLVILLE RESERVATION ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–5947. DE CACERES v. SCHOLL. C. A. 3d Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 23, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.